MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:        hanni@mlf-llp.com

Attorneys for David Rembert

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:21-CR-00491-JST-2 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING INITIAL APPEARANCE** |
| v. | |
| DAVID REMBERT | Hearing Date:   January 29, 2024 |
| Defendant. | Hearing Time:   10:30 a.m. |

On January 9, 2024, the probation office filed a Form 12 petition alleging Mr. Rembert was in violation of the terms of his probation. A summon has issued and an initial appearance on the petition is set for January 29, 2024 at 10:30 a.m. Undersigned defense counsel, however, will be out of the country on that day and unable to attend the hearing. The parties thus jointly request the Court reset the initial appearance on the Form 12 petition to February 6, 2024 at 10:30 a.m. Assigned U.S. Probation Officer Matthew Coppage is available to appear on that day.

Undersigned defense counsel certifies he has obtained approval from counsel for the government and the Probation Officer to file this Stipulation and Proposed Order.

| | | |
|---|---|---|
| 1 | | |
| 2 | | IT IS SO STIPULATED. |
| 3 | | |
| 4 | Dated: January 10, 2024 | MOEEL LAH FAKHOURY LLP |
| 5 | | /S |
| 6 | | HANNI M. FAKHOURY<br>Attorneys for David Rembert |
| 7 | | |
| 8 | Dated: January 10, 2024 | ISMAIL J. RAMSEY<br>United States Attorney |
| 9 | | Northern District of California |
| 10 | | /S |
| 11 | | ABRAHAM H. FINE<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID REMBERT<br><br>　　　　Defendant. | Case No.: 4:21-CR-00491-JST-2<br><br>**ORDER RESETTING INITIAL APPEARANCE** |

　　Based on the reasons provided in the stipulation of the parties, the Court hereby resets the initial appearance on the Form 12 petition from January 29, 2024 to February 6, 2024 at 10:30 A.M.

**IT IS SO ORDERED.**

DATED: January 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge